**No. 58572.**—Louis Greenberg & Son, Inc., and M. Pressner & Co. *v.* United States, protests 235796–K and 235803–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiffs was sustained.

**No. 58573.**—Davies Turner & Company *v.* United States, protest 194435–K/4080 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of wooden roosters similar in all material respects to those the subject of Abstract 55996, the claim of the plaintiff was sustained.

**No. 58574.**—American Express Co. *v.* United States, protest 203826–K/4436 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pendants similar in all material respects to the merchandise the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the claim of the plaintiff was sustained.

**No. 58575.**—Otto Kadmon and Langfelder, Homma & Carroll, Inc. *v.* United States, protests 225349–K and 225369–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C.D. 1445), the claim of the plaintiffs was sustained.

**No. 58576.**—Teigh, Inc. *v.* United States, protests 227680–K and 212206–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 58577.**—The American Import Company *v.* United States, protest 228973–K (Los Angeles).

Opinion by WILSON J. In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 58578.**—Franklin D. Roosevelt, Jr., and Massce-Barnett Co., Inc. *v.* United States, protest 158517–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of a motion-picture projector similar in all material respects to that the subject of *United States* v. *Milton Diamond and Massce-Barnett Co., Inc.* (42 C. C. P. A. 9, C. A. D. 561), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 9, 1954

**No. 58579.**—J. E. Bernard & Company, Inc. *v.* United States, protests 153933–K/ 2474, 154417–K/2475, 157106–K/2579, and 162854–K/2974 (Chicago).

LAWRENCE, Judge: In this case, the four protests enumerated in the schedule, attached to and made a part hereof, were consolidated for trial and decision. They relate to various parts of a machine used in the manufacture of chocolate confectionery and imported for the account of Leaf Brands, Inc.

With respect to protest 153933–K, it appears that the entry, No. 7288, was liquidated on August 24, 1949. The official papers disclose that the protest was not filed with the collector of customs at the port of Chicago until November 4, 1949. Inasmuch as section 514 of the Tariff Act of 1930 (19 U. S. C. § 1514) provides that a protest must be filed within 60 days after liquidation, protest 153933–K obviously is untimely and is, therefore, dismissed.